JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE PEREZ, | ) | NO. ED CV 22-1542-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 26, 2023.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE